

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00432-CR

Otto Ray **KIETZMAN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

On July 11, 2014, a deputy clerk of this court contacted Ms. Connie Calvert, the court reporter responsible for preparing the unfiled portion of the reporter's record in this appeal, requesting the status of the filing. Ms. Calvert responded that she had not been paid for the record. On July 14, 2014, the deputy clerk left a message for Ms. Calvert informing her that a supplemental clerk's record had been filed establishing that the appellant is indigent and is entitled to the record without payment of any fees. On July 16, 2014, the deputy clerk left a second message for Ms. Calvert inquiring about the status of the filing. Ms. Calvert has not responded to the messages. It is therefore ORDERED that Ms. Calvert file her portion of the reporter's record in this appeal no later than ten days from the date of this order. Given the status of this appeal, any requests for extensions of time to file the record will be disfavored.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court